**No. 67144.**—The American Import Company v. United States, protest 58/14098 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

**No. 67145.**—Victor Machinery Exchange, Inc. v. United States, protest 290170–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vises similar in all material respects to those the subject of Abstract 60909, the claim of the plaintiff was sustained.

**No. 67146.**—Transamerican Match Corporation v. United States, protests 59/4091, etc. (Galveston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.